UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SCOTT D. FERRIS,

        Plaintiff,

v.

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.

Civil Action No. 06-1407

**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. §405(g)**

This matter having been opened to the Court by GLENN T. SUDDABY, United States Attorney for the Northern District of New York, and JENNIFER S. ROSA, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this **26** day of **MARCH**, 2007;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

                                          */s/ George H. Lowe*

                                    George H. Lowe, Magistrate Judge
                                    United States District Court

The undersigned hereby consent to the form and entry of the within order.

                    GLENN T. SUDDABY
                    United States Attorney

By:       */s/ Jennifer S. Rosa*
                    JENNIFER S. ROSA
                    Special Assistant U.S. Attorney
                    Bar No. 513784


                    Scott B. Goldie
                    Conboy, McKay, Bachman & Kendal, LLP
                    2 Judson Street
                    Canton, NY 13617

By:       */s/ Scott B. Goldie*
                    Scott B. Goldie
                    Attorney for Plaintiff
                    Bar No. 104511