United States District Court
Northern District of New York

# JUDGMENT

**SCOTT D. FERRIS**

                    **Plaintiffs'**

          **VS.**                    **5:06-CV-1407 (DNH) (GHL)**

**MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY**

                    **Defendants'**

**[X]  Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That pursuant to the Consent Order submitted in this action, the final decision of the Commissioner be and hereby is REVERSED and the matter is REMANDED to the defendant for further administrative action pursuant to sentence 4 of 42 USC section 405(g), further it is ordered that the complaint is hereby dismissed.

All of the above pursuant to the Order of the Honorable Magistrate Judge George H. Lowe dated the 26th day of March, 2007.


**MARCH 27, 2007**                          **LAWRENCE K. BAERMAN**

**DATE**                                          **CLERK OF COURT**

                                                        **s/**


                                                        **JOANNE BLESKOSKI**
                                                        **DEPUTY CLERK**