UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SCOTT D. FERRIS,

        Plaintiff,

   v.

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.

Civil Action No. 06-1407

**CONSENT ORDER FOR PAYMENT OF FEES**

## CONSENT ORDER FOR PAYMENT OF FEES
## PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

    This matter having been opened to the Court by Scott B. Goldie, attorney for plaintiff, for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that GLENN T. SUDDABY, United States Attorney (Jennifer S. Rosa, Special Assistant United States Attorney, appearing), attorney for defendant, having consented to the entry of an Order awarding an amount of five thousand seven hundred nineteen dollars and twenty-one cents ($5719.21), and for costs of three hundred fifty dollars ($350.00), the Court having reviewed the record in this matter;

    IT IS on this 1st day of June, 2007;

ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of five thousand seven hundred nineteen dollars and twenty-one cents ($5719.21), and for costs of three hundred fifty dollars ($350.00).

George H. Lowe, Magistrate Judge
United States District Court

The undersigned hereby consent to the form and entry of the within order.

GLENN T. SUDDABY
United States Attorney

By: Jennifer S. Rosa
Jennifer S. Rosa
Special Assistant U.S. Attorney
Bar No. 513784

By: Scott B. Goldie
Scott B. Goldie
Attorney for Plaintiff
Bar No. 104511